**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                      PLAINTIFF

v.                            NO. 4:13CR00070-001  SWW

TROY DEWAYNE CHEW                                                              DEFENDANT

## ORDER

It has come to the Court's attention that the Judgment & Commitment [doc #31], in the above matter contains a clerical error and should include an additional condition of supervised release. The Court shall modify the Judgment and Commitment to include an additional condition to the *Additional Supervised Release Terms, page 4 of 5,* as follows:

Condition #3: Defendant shall participate in anger management programs under the supervision and guidance of the U. S. Probation Office.

IT IS THEREFORE ORDERED that the Judgment and Commitment be amended to reflect the above-stated condition and that all other terms and conditions of defendant's Judgment and Commitment shall remain unchanged and in full force and effect.

IT IS SO ORDERED this 27th day of May 2014.

/s/Susan Webber Wright

United States District Judge